UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ben Christian,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>The Southern Company,<br>　　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:20-cv-04563-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of the magistrate judge's report and recommendation and defendant's Motion for Summary Judgment, and the court having adopted the report and recommendation and having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 21 day of February, 2024.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:  s/D. Burkhalter
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 21, 2024
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
　　　　Deputy Clerk